## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISSAC MORALES, | : |
|       Plaintiff, | : |
| | : |
|       v. | :    Civil No. 5:20-cv-06485-JMG |
| | : |
| PREMIER FLEET SERVICES, | : |
|       Defendant. | : |

**ORDER**

**AND NOW**, this 28th day of October, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 12) and Plaintiff's response (ECF No. 17), **IT IS HEREBY ORDERED** for the reasons set forth in the accompanying Memorandum that Defendant's motion is **GRANTED**. The Court **ENTERS JUDGMENT** against Plaintiff on all his claims under the Americans with Disabilities Act.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge